UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **5**

-------------------------------------------------

Reyes
-v-
USA

-------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **07-cv-10423**

JUDGE: **KMW**

DATE: **DEC. 18 2007**

*U.S. DISTRICT COURT FILED DEC 18 2007 S.D. OF N.Y.*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                            DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _18th_ Day of _December_, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------

Reyes

-v-

USA

--------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-10423

JUDGE: KMW

DATE: Dec. 18, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 16th Day of December In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-10423-KMW
### Internal Use Only

Reyes v. United States of America
Assigned to: Judge Kimba M. Wood
Cause: 28:1651 Petition for Writ of Coram Nobis

Date Filed: 11/19/2007
Date Terminated: 11/19/2007
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2007 | 1 | PETITION IN THE NATURE OF MANDAMUS (MOTION FOR REDUCTION OF SENTENCE DUE TO EXTRA ORDINARY CIRUMSTANCES) against United States of America.Document filed by Raul Reyes.(jeh) (Entered: 11/30/2007) |
| 11/19/2007 | | Magistrate Judge Andrew J. Peck is so designated. (jeh) (Entered: 11/30/2007) |
| 11/19/2007 | 2 | ORDER OF DISMISSAL; The Clerk of Court is directed to assign a docket number to this action solely for the purpose of the Order. The instant action was received by the Court's Pro Se Office on May 25, 2007 without the $350.00 filing fee or the IFP application. Since petitioner has failed to submit the completed Authorization Form with 45 days, failed to submit a fee or the completed IFP form as instructed, this action is dismissed pursuant to 28 U.S.C. 1915((a) (2) (b). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/19/2007) (jeh) (Entered: 11/30/2007) |
| 11/19/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the action be and is hereby dismissed. 28 U.S.C. 1915(a)(3). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/19/2007) (jeh) (Entered: 11/30/2007) |
| 12/06/2007 | 4 | NOTICE OF APPEAL from 2 Order Dismissing Complaint (I.F.P.), 3 Judgment - Sua Sponte (Complaint). Document filed by Raul Reyes. (tp) (Entered: 12/12/2007) |
| 12/06/2007 | | Appeal Remark as to 4 Notice of Appeal filed by Raul Reyes. $455.00 APPEAL FEE DUE. IFP REVOKED 11/19/07. (tp) (Entered: 12/12/2007) |
| 12/12/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 12/12/2007) |
| 12/12/2007 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 12/12/2007) |