**MANDATE**

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
**CLERK OF COURT**

Date:            5/1/08            DC Docket Number: 07-cv-10423

Docket Number: 07-5631-pr            DC:      SDNY (NEW YORK CITY)

Short Title:      Reyes v. United States of America            DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of May, two thousand eight.

Raul Reyes,

   Plaintiff-Appellant,

      v.

United States of America,

   Defendant-Appellee.



### ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.**   Any motions pending prior to the entry of this order of dismissal are deemed **MOOT.**

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: *Gislaine Phillip*
Gislaine Phillip, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Gislaine Phillip*
Deputy Clerk

Certified:   MAY − 1 2008

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O`Hagan Wolfe**
**CLERK OF COURT**

Date:            5/1/08

Docket Number: 07-5631-pr

Short Title:      Reyes v. United States of America

DC Docket Number: 07-cv-10423

DC:        SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of May, two thousand eight.

Raul Reyes,

　　Plaintiff-Appellant,

　　　v.

United States of America,

　　Defendant-Appellee.



### ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.**   Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

THE MANDATE CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION  ( ) STATEMENT OF COSTS
( ) ORDER

RECEIVED BY:_____ DATE_____

For the Court:
Catherine O`Hagan Wolfe, Clerk
By: *Gislaine Phillip*
Gislaine Phillip, Deputy Clerk